UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

Tony C. Rudy

Criminal No. 06-082 (ESH)

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives its right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Nathaniel B. Edmonds
Assistant United States Attorney

APPROVED:

_____
Ellen S. Huvelle
United States District Judge

Dated: