**FILED**

MAR 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :
                                 : CASE NO.: 06-082 (ESH)
                                 :
        V.                       :
                                 :
TONY C. RUDY,                    :
                                 :
        Defendant.               :

## WAIVER OF INDICTMENT

I, Tony C. Rudy, the above-named defendant, who is accused of conspiring to commit honest services mail and wire fraud, mail and wire fraud and federal lobbying ban violations, all in violation of Title 18 U.S.C. § 371, and having been advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on March 31, 2006 prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
Tony C. Rudy
Defendant

_____
Counsel for Defendant
Laura Ariane Miller, Esq.
Kelly B. Kramer, Esq.
Nixon Peabody LLC
401 9th St., NW
Suite 900
Washington, D.C. 20004
(202) 585-8000

Before _____
Hon. Ellen Segal Huvelle
District Judge