UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim No. 06-082 (ESH) |
| ) | |
| TONY C. RUDY. ) | |

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant Tony C. Rudy, by undersigned counsel, hereby moves this Court to modify his conditions of release to permit him to reside with his family outside the Washington D.C. area at the address provided to the United States Pretrial Services Office ("Pretrial Services").

The United States is aware of Mr. Rudy's plans to relocate. The United States does not oppose the requested relief. The United States has advised Pretrial Services of Mr. Rudy's plans. Pretrial Services does not object to the requested relief.

WHEREFORE, Defendant Tony C. Rudy respectfully requests that his bond conditions be changed to permit him to relocate with his family.

Respectfully submitted,

NIXON PEABODY LLP

*/s/ Laura Ariane Miller*

LAURA ARIANE MILLER
KELLY B. KRAMER
401 9th Street, N.W.
Suite 900
Washington, D.C. 20004
(202) 585-8255

10025694.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Unopposed Motion to Modify Conditions of Release has been served by mail upon the following:

Mary K. Butler, Esq.
M. Kendall Day, Esq.
Trial Attorneys
U.S. Department of Justice
Public Integrity Section
1400 New York Ave., 12th Floor
Washington, D.C. 20005

Daniel Gillespie
U.S. Pretrial Services Office
2800 E. Barrett Prettyman
   United States Courthouse
333 Constitution Ave., NW
Washington, D.C. 20001

 

_____
Kelly B. Kramer

10025694.1