**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 06cr082 (ESH) |
| | : | |
| **v.** | : | |
| **TONY C. RUDY,** | : | |
| **Defendant.** | : | |

**Joint Motion to Continue Status Conference**

On March 31, 2006, the Court accepted Tony Rudy's plea of guilty, deferred setting a date for his sentencing, and scheduled a status conference for July 11, 2006, at 10:00 a.m. As part of his plea agreement, Mr. Rudy has agreed to cooperate with the government in any and all matters when required. In conformity with this agreement, Mr. Rudy has been cooperating with government agents and prosecutors. The government anticipates that Mr. Rudy's cooperation will continue for the foreseeable future.

Accordingly, the parties jointly move the Court to again defer setting a date for the sentencing of Mr. Rudy. The parties also ask that the Court continue the status conference to the morning of October 2, 2006, in order to allow Mr. Rudy's cooperation to continue uninterrupted. A proposed order is attached.

Dated this 5th day of July, 2006.

FOR THE UNITED STATES

| | |
|---|---|
| BRENDA K. MORRIS<br>Acting Chief, Public Integrity Section | PAUL E. PELLETIER<br>Acting Chief, Fraud Section |
| \_\_/s/ (M. Kendall Day)_____<br>Mary K. Butler<br>M. Kendall Day<br>Trial Attorneys<br>Criminal Division<br>U.S. Department of Justice | \_/s/ (Nathaniel B. Edmonds)\_<br>Guy D. Singer<br>Nathaniel B. Edmonds<br>Trial Attorneys<br>Criminal Division<br>U.S. Department of Justice |

FOR THE DEFENDANT

/s/ (Kelly B. Kramer)_____
Laura Ariane Miller, Esq.
Kelly B. Kramer, Esq.
Nixon Peabody, LLP

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **06cr082 (ESH)** |
| | : | |
| **v.** | : | |
| **TONY C. RUDY,** | : | |
| **Defendant.** | : | |

## ORDER

By joint Motion dated July 5, 2006, the parties moved for an order deferring sentencing and continuing the status conference. Having read and considered the parties' submission, the Court GRANTS the motion and rules as follows:

1. The status hearing set for July 11 at 10:30 a.m. is cancelled;

2. A new status hearing is scheduled for October 2, 2006, at 9:30 a.m.; and

3. The Court defers setting a sentencing date or ordering a presentence investigation report for Mr. Rudy until such later date.

It is so ORDERED this _____ day of July, 2006.

_____
Judge Ellen Segal Huvelle
United States District Judge