UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 06cr082 (ESH) |
| | : | |
| v. | : | |
| | : | |
| TONY C. RUDY, | : | |
| | : | |
| Defendant. | : | |

**FILED**

JUL 0 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

By joint Motion dated July 5, 2006, the parties moved for an order deferring sentencing and continuing the status conference. Having read and considered the parties' submission, the Court GRANTS the motion and rules as follows:

1. The status hearing set for July 11 at 10:30 a.m. is cancelled;

2. A new status hearing is scheduled for October 2, 2006, at 9:30 a.m.; and

3. The Court defers setting a sentencing date or ordering a presentence investigation report for Mr. Rudy until such later date.

It is so ORDERED this 5th day of July, 2006.

Ellen S Huvelle
Judge Ellen Segal Huvelle
United States District Judge