UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 06cr082 (ESH) |
| | : | |
| v. | : | **FILED** |
| | : | JUL 0 6 2006 |
| TONY C. RUDY, | : | NANCY MAYER WHITTINGTON, CLERK |
| | : | U.S. DISTRICT COURT |
| Defendant. | : | |

### ORDER

By unopposed motion dated June 27, 2006, Mr. Rudy asked the Court to modify his conditions of release. Having read and considered Mr. Rudy's motion, the Court GRANTS the motion and rules as follows:

1. Mr. Rudy's conditions of release are modified to allow him to relocate with his family

2. On or before July 21, 2006, Mr. Rudy shall provide to Pretrial Services verification of his new address in the form of a utility bill or other verification as directed by Pretrial Services; and

3. All other conditions of release for Mr. Rudy remain unaltered and in effect.

It is so ORDERED this 6 day of June, 2006.

_Ellen S Huvelle_
Judge Ellen Segal Huvelle
United States District Judge