UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JAN 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 06cr082 (ESH) |
| v. | : | |
| **TONY C. RUDY,** | : | |
| Defendant. | : | |

## ORDER

By joint Motion dated January 10, 2007, the parties moved for an order deferring sentencing and continuing the status conference. Having read and considered the parties' submission, the Court GRANTS the motion and rules as follows:

1. The status hearing set for January 18 at 9:15 a.m. is cancelled;

2. A new status hearing is scheduled for __April 19, 2007__, 2007 at __9:15 am__ a.m./p.m.; and

3. The Court defers setting a sentencing date or ordering a presentence investigation report for Mr. Rudy until such later date.

It is so ORDERED this __10__ day of January, 2007.

_E/ S Huvelle_
Judge Ellen Segal Huvelle
United States District Judge