**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **06cr082 (ESH)** |
| | : | |
| | : | |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **TONY C. RUDY,** | : | |
| | : | |
| **Defendant.** | : | |

**Joint Motion to Continue Status Conference**

On March 31, 2006, the Court accepted Tony Rudy's plea of guilty and deferred setting a

date for his sentencing.  By Minute Order dated January 11, 2007, the Court scheduled a status

conference for April 19, 2007, at 9:15 a.m.  As part of his plea agreement, Mr. Rudy has agreed

to cooperate with the government in any and all matters when required.  In conformity with this

agreement, Mr. Rudy has been cooperating with government agents and prosecutors.  The

government anticipates that Mr. Rudy's cooperation will continue for the foreseeable future.  In

the view of both parties, no issues have arisen which require the Court's intervention at this time.

Accordingly, the parties jointly move the Court to again defer setting a date for the

sentencing of Mr. Rudy.  The parties also ask that the Court continue the status conference to a

date not less than 90 days in the future in order to allow Mr. Rudy's cooperation to continue

uninterrupted.  A proposed order is attached.

Dated this 5th day of April, 2007.

FOR THE UNITED STATES

WILLIAM M. WELCH II
Chief, Public Integrity Section

STEVEN TYRRELL
Chief, Fraud Section

___/s/ (M. Kendall Day)_____
Mary K. Butler
M. Kendall Day
Nathaniel B. Edmonds
Trial Attorneys
Criminal Division
U.S. Department of Justice

FOR THE DEFENDANT

/s/ (Kelly B. Kramer)_____
Laura Ariane Miller, Esq.
Kelly B. Kramer, Esq.
Nixon Peabody, LLP

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **06cr082 (ESH)** |
| | : | |
| | : | |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **TONY C. RUDY,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

By joint Motion dated April 5, 2007, the parties moved for an order deferring sentencing

and continuing the status conference.  Having read and considered the parties' submission, the

Court GRANTS the motion and rules as follows:

1.    The status hearing set for April 19 at 9:15 a.m. is vacated;

2.    A new status hearing is scheduled for _____, 2007 at

_____ a.m./p.m.; and

3.    The Court defers setting a sentencing date or ordering a presentence investigation report for

Mr. Rudy until such later date.


It is so ORDERED this _____ day of April, 2007.


_____
Judge Ellen Segal Huvelle
United States District Judge