UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 06cr082 (ESH) |
| | : | |
| v. | : | |
| | : | |
| TONY C. RUDY, | : | |
| | : | |
| Defendant. | : | |

FILED
JUL 25 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

By joint Motion dated July 23, 2007, the parties moved for an order deferring sentencing and continuing the status conference. Having read and considered the parties' submission, the Court GRANTS the motion and rules as follows:

1. The status hearing set for August 3 at 9:15 a.m. is vacated;

2. A new status hearing is scheduled for _November 5, 2007_, 2007 at __9:15__ (a.m.)/p.m.; and

3. The Court defers setting a sentencing date or ordering a presentence investigation report for Mr. Rudy until such later date.

It is so ORDERED this _24_ day of July, 2007.

_Ellen S Huvelle_
Judge Ellen Segal Huvelle
United States District Judge