UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 06cr082 (ESH) |
| | : | |
| **v.** | : | |
| **TONY C. RUDY,** | : | |
| **Defendant.** | : | |

## Joint Motion to Continue Status Conference

On March 31, 2006, the Court accepted Tony Rudy's plea of guilty and deferred setting a date for his sentencing. By Minute Order dated October 23, 2007, the Court scheduled a status conference for February 7, 2008, at 9:30 a.m. As part of his plea agreement, Mr. Rudy has agreed to cooperate with the government in any and all matters when required. In conformity with this agreement, Mr. Rudy has been cooperating with government agents and prosecutors. The government anticipates that Mr. Rudy's cooperation will continue for the foreseeable future. In the view of both parties, no issues have arisen which require the Court's intervention at this time.

Accordingly, the parties jointly move the Court to again defer setting a date for the sentencing of Mr. Rudy. The parties also ask that the Court continue the status conference to a date not less than 90 days in the future in order to allow Mr. Rudy's cooperation to continue uninterrupted. A proposed order is attached.

Dated this 29th day of January, 2008.

FOR THE UNITED STATES

WILLIAM M. WELCH II
Chief, Public Integrity Section

STEVEN TYRRELL
Chief, Fraud Section

\_\_/s/ (M. Kendall Day)_____
Mary K. Butler
M. Kendall Day
Nathaniel B. Edmonds
Trial Attorneys
Criminal Division
U.S. Department of Justice

FOR THE DEFENDANT

/s/ (Kelly B. Kramer)_____
Laura Ariane Miller, Esq.
Kelly B. Kramer, Esq.
Nixon Peabody, LLP

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **06cr082 (ESH)** |
| | : | |
| **v.** | : | |
| | : | |
| **TONY C. RUDY,** | : | |
| **Defendant.** | : | |

## ORDER

By joint Motion dated January 29, 2008, the parties moved for an order deferring sentencing and continuing the status conference. Having read and considered the parties' submission, the Court GRANTS the motion and rules as follows:

1. The status hearing set for February 7 at 9:30 a.m. is vacated;

2. A new status hearing is scheduled for _____, 2008 at _____ a.m./p.m.; and

3. The Court defers setting a sentencing date or ordering a presentence investigation report for Mr. Rudy until such later date.

It is so ORDERED this _____ day of January, 2008.

_____
Judge Ellen Segal Huvelle
United States District Judge