UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 3 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 06cr082 (ESH) |
| | : | |
| v. | : | |
| TONY C. RUDY, | : | |
| Defendant. | : | |

## ORDER

By joint Motion dated January 29, 2008, the parties moved for an order deferring sentencing and continuing the status conference. Having read and considered the parties' submission, the Court GRANTS the motion and rules as follows:

1. The status hearing set for February 7 at 9:30 a.m. is vacated;

2. A new status hearing is scheduled for __May 2__, 2008 at __9:30__ (a.m.)/p.m.; and

3. The Court defers setting a sentencing date or ordering a presentence investigation report for Mr. Rudy until such later date.

It is so ORDERED this __30__ day of January, 2008.

_Ellen S Huvelle_
Judge Ellen Segal Huvelle
United States District Judge