UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 06cr082 (ESH) |
| | : | |
| v. | : | |
| TONY C. RUDY, | : | |
| Defendant. | : | |

FILED
APR 2 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

By joint Motion dated April 22, 2008, the parties moved for an order deferring sentencing and continuing the status conference. Having read and considered the parties' submission, the Court GRANTS the motion and rules as follows:

1. The status hearing set for May 2 at 9:30 a.m. is vacated;

2. A new status hearing is scheduled for __September 18__, 2008 at __9:30__ a.m.; and

3. The Court defers setting a sentencing date or ordering a presentence investigation report for Mr. Rudy until such later date.

It is so ORDERED this __22__ day of April, 2008.

_____
Judge Ellen Segal Huvelle
United States District Judge